IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JIMMY D. SAYLOR, & | ) BANKRUPTCY CASE NUMBER: |
| TAMMY M. SAYLOR, | ) 02-80576 |
| DEBTORS | ) CHAPTER 13 CASE |

*****************************************************************

| | |
|---|---|
| JIMMY D. SAYLOR, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) A.P. #: 06-8035 |
| | ) |
| SELECT PORTFOLIO SERVICING, INC., | ) |
| | ) |
| DEFENDANT. | ) |

### APPELLANT'S STATEMENT OF ISSUE PRESENTED ON APPEAL

COMES NOW, the Appellant, by and through the undersigned attorney, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and provides this statement of issue to be presented on appeal. The Appellant's issue on appeal is as follows:

**ISSUE:**

Whether the Bankruptcy Court erred in dismissing Appellant's Complaint pursuant to Rule 7012(b)(6) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted this **2nd** day of March, 2007.

BROCK & STOUT

_____
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that I have this date served a copy of the foregoing upon Michael E. Bybee, Esq., Attorney for Appellee, 2107 E. Fifth Ave. N., Suite 200, Birmingham, Alabama 35203, mbybee1@bellsouth.net, via United States Mail postage prepaid and fully addressed *or* by electronic mail this **2nd** day of March, 2007.

_____
David G. Poston