# AMENDED TABLE OF CITATIONS

**Cases**

Burke v. Georgia Dept. of Revenue, 258 B.R. 310, 314 (Bankr. D. Ga. 2001) . . . . . . . . . . . . 16

Guerra v. Fernandez-Rocha 451 F.3d 813, 815 (11th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . 1

Hardy v. United States, 97 F.3d 1384 (11th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . 11-12

Hishon v. King & Spalding, 467 U.S. 69, 73, 81 L. Ed. 2d 59, 104 S. Ct. 2229 (1984) . . . . . 12

Hoffman-Pugh v. Ramsey, 312 F.3d 1222, 1225 (11th Cir. 2002) . . . . . . . . . . . . . . . . . 8, 12

Jove Eng'g v. IRS, 92 F. 3d 1539, 1554 (11th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . 12

Linder v. Portocarrero, 963 F.2d 332, 336 (11th Cir. 1992). . . . . . . . . . . . . . . . . . . . . . . . . 8

Looney v. Hyundai Motor Mfg. Ala., LLC, 330 F. Supp. 2d 1289, 1290 (D. Ala. 2004). . . 8-9, 12

Mann v. Chase Manhattan Mortg. Corp., 316 F.3d 1 (1st Cir. 2003) . . . . . . . . . . . . . . . . 9-10

Perez v. Perez, 2007 Bankr. LEXIS 861 (Bankr. D. Fla. 2007) . . . . . . . . . . . . . . . . . . . . . . 7

Swierkiewicz v. Sorema N.A., 534 U.S. 506, 514  122 S. Ct. 992, 999, 152 L. Ed. 2d 1, 11, (U.S. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Thigpen v. Matrix Fin. Servs. Corp. 2004 Bankr. LEXIS 1134 (Bankr. D. Ala. 2004) . . . . . . . . 12

Travelers Cas. & Sur. Co. of Am. v. PG&E, 2007 U.S. LEXIS 3566 (U.S. 2007) . . . . . . . . . . 15

Universal Am. Mort. Co. v. Bateman, 331 F.3d 821, 828 (11th Cir. 2003) (citing 11 U.S.C. § 502(a); and Fed. R. Bankr. P. 3001(f)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**Statutes**

Title 11, United States Code
11 U.S.C. § 105(a)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-7, 11-14, 16
11 U.S.C. § 301  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
11 U.S.C. § 362  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 12-13
11 U.S.C. § 362(a)(3)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
11 U.S.C. § 362(h)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 7-8
11 U.S.C. § 501  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6,15-16
11 U.S.C. § 502  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 15-16
11 U.S.C. § 502(a)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-16
11 U.S.C. § 506  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 15-16
11 U.S.C. § 507(a)(8)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
11 U.S.C. § 522(b)(2)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

11 U.S.C. § 541 .................................................. 8
11 U.S.C. § 1306 ................................................. 8
11 U.S.C. § 1322(b)(2) ........................................... 15
11 U.S.C. § 1322(b)(5) ........................................... 15
11 U.S.C. § 1322(c)(1) ........................................... 15
11 U.S.C. § 1322(e) .......................................... 13, 15
11 U.S.C. § 1327 ................................................ 15
11 U.S.C. § 1327(a) ............................................. 13
11 U.S.C. § 1329 ............................................ 11, 15
Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (BAP-CPA), Pub. L. No. 109-8, 119 Stat. 23 ................................................ 7
12 U.S.C. § 2605(e) .............................................. 3
Fed. R. Bankr. P. 3001(a) & (f) .................................. 15
Fed. R. Bankr. P. 3002 .......................................... 15
Fed. R. Bankr. P. 3007 .......................................... 15
Fed. R. Bankr. P. 7012(b)(6) ........................... 1-2, 4-5, 7-9
Fed. R. Bankr. P. 9023 .......................................... 11
Fed. R. Civ. P. 59 .............................................. 11

        Respectfully submitted,

        BROCK & STOUT

        */s/ David G. Poston*
        David G. Poston, Esq.
        Michael D. Brock, Esq.
        Gary W. Stout, Esq.
        Post Office Drawer 311167
        Enterprise, Alabama 36330
        334-671-5555
        334-671-2689 Facsimile
        Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Select Portfolio Servicing, Inc., Appellee, ℅ Michael Bybee, Esq., mbybee1@bellsouth.net, 2107 5th Avenue North, Suite 200, Birmingham, Alabama 35203, by United States Mail, postage prepaid and fully addressed, or by electronic mail this **2nd** day of April, 2007.

        */s/ David G. Poston*
        David G. Poston