# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Saylor v. Select Portfolio Servicing, Inc.

Case Number:   3:07-cv-00229-WKW

Referenced Docket Entry - *** Appellant' s Brief - Doc. 5

The referenced docket entry was filed by Clerk' s office with  ERROR  on ***March 30, 2007***  and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the wrong motions were referenced.  Please DISREGARD this docket entry.