# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Saylor v. Select Portfolio Servicing, Inc.

Case Number:   3:07-cv-00229-WKW

Referenced Docket Entry - *** Amended Document - Doc. 6

The referenced docket entry was filed electronically with  ERROR  on ***April 2, 2007***  and is being
STRICKEN from the docket.  This resulted in an error on the docket sheet because the wrong motions
were referenced.  Please DISREGARD this docket entry.