IN THE UNITED DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>JIMMY D. SAYLOR &<br>TAMMY M. SAYLOR<br><br>    Debtors.<br>_____<br><br>JIMMY D. SAYLOR,<br>    Appellant,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Appellee. | Chapter 13<br>Case No. 02-80576<br><br><br><br><br><br><br><br><br>Case No.: 07-CV-00229-WKW |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**NOTICE OF APPEARANCE**

COMES NOW, Thomas W. Thagard III, John David Collins and Brian R. Walding with the law firm of Maynard, Cooper & Gale, P.C. and hereby enter their notice of appearance as additional counsel of record for Select Portfolio Servicing, Inc. in the above-captioned appeal.

    */s/ John David Collins*
    John David Collins

    */s/ Brian R. Walding*
    Thomas W. Thagard, III
    Brian Walding

    Attorneys for Select Portfolio Servicing, Inc.

01478977.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
Phone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice of Appearance has been served upon the following interested parties, via ECF/CM and/or the United States Mail properly addressed and postage prepaid:

David Gerald Poston
Brock & Stout
PO Drawer 311167
Enterprise, AL 36331-1167
david@circlecitylaw.com

Michael E. Bybee
2107 5th Avenue North, Suite 200
Birmingham, AL 35203-3325

DATED on this the 16th day of April, 2007.

                                                 */s/ Brian R. Walding*
                                                 OF COUNSEL