**IN THE UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **In Re:** § | **Case No.:** | 3: 07-CV-00229-WKH |
| JIMMY SAYLOR AND § | | |
| TAMIE SAYLOR § | | |
|    Plaintiff § | | |
| § | **Bankruptcy No.:** | BK 02-80576 |
| vs. § | | AP 06-8035 |
| SELCET PORTFOLIO SERVICING INC. § | | |
|    Defendant § | | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Michael E. Bybee, counsel for Select Portfolio Servicing Inc., in the above styled case, and requests this Honorable Court grant counsel's Motion to withdraw Bybee as attorney of record for defendant Select Portfolio Servicing Inc. Select Portfolio Servicing has engaged new counsel in the above styled matter.

Said withdrawal will not prejudice any party or delay this matter from going forward.

Upon information and belief substituted counsel, the firm of Maynard, Cooper, & Gale P. C. filed a notice of appearance in the above styled matter and is actively participating in the representation of defendant Select Portfolio Servicing Inc.

Respectfully submitted,

   /s/ Michael E. Bybee
MICHAEL E. BYBEE,
ATTORNEY FOR DEFENDANT
2107 Fifth Avenue North, Suite 200
Birmingham, Alabama  35203-3387
Office (205) 252-1622
Fax (205) 252-2888

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **Motion to Withdraw as Counsel** has been served upon the below-listed counsel by placing a copy of the same via the United States Mail, properly addressed, first-class postage prepaid, or by electronic notice.

**Trustee**
David Cottingham
P. O. Box 020588
Tuscaloosa, Alabama 35402

**Plaintiff's Attorney**
Paul Whitehurst
1955 22nd Street
Northport, Alabama 35476

**Attorney for Defendant**
Scott Humphrey
3825 Lorna Road
Suite 312
Hoover, Alabama 35244

**Substitute for Counsel**
Bryan Walding
1901 South Avenue North
2400 Amsouth/ Harbert Plaza
Birmingham, Alabama 35203

**Substitute for Counsel**
John David Collins
1901 South Avenue North
2400 Amsouth/ Harbert Plaza
Birmingham, Alabama 35203

DATED this the 24th day of May, 2007.

  /s/ Michael E. Bybee
  MICHAEL E. BYBEE

2006-07-9311
F:\DATA\LAW\MOT1\WITHDRW\SAYLOR.WPD