IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JIMMY D. SAYLOR, | ) |
| | ) |
|     Appellant, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-229-WKW |
| | ) |
| SELECT PORTFOLIO SERVICING, INC., | ) |
| | ) |
|     Appellee. | ) |

## ORDER

Before the court is Michael E. Bybee's Motion to Withdraw as Counsel for Appellee Select Portfolio Servicing, Inc. (Doc. # 14). Upon due consideration, it is ORDERED that the motion is GRANTED.

DONE this 4th day of June, 2007.

                                            /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE