IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JIMMY D. SAYLOR, ) | |
| ) | |
|     APPELLANT, ) | CASE NO.: 3:07-CV-00229-WKW |
| ) | |
| vs. ) | |
| SELECT PORTFOLIO SERVICING, INC., ) | |
| ) | |
|     APPELLEE. ) | |
| ----------------------------------------------------------- ) | |
| ) | |
| JIMMY D. SAYLOR, & ) | BANKRUPTCY CASE NUMBER: |
| TAMMY M. SAYLOR, ) | 02-80576 |
|     DEBTORS, ) | CHAPTER 13 CASE |
| ) | |
| JIMMY D. SAYLOR, ) | |
| ) | A.P. #: 06-08035 |
|     PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| SELECT PORTFOLIO SERVICING, INC., ) | |
| ) | |
|     DEFENDANT. ) | |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

    The following Conflict Disclosure Statement is filed pursuant to Fed. R. Civ. P. 7.1. Jimmy Saylor, Appellant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The Plaintiff makes the following disclosures:

**A.**    **Corporate Disclosure Statement**

None, the Appellant is an individual.

**B.**    **Other Reportable Relationships**

None.

**C.**    **Certificate of Interested Persons**

Jimmy D. Saylor, Appellant

David G. Poston, Esq., Attorney for Appellant

Brock & Stout, LLC., Attorneys for Appellant

William R. Sawyer, United States Bankruptcy Judge

Select Portfolio Servicing, Inc., Appellee

Bryan R. Walding, Esq., Attorney for Appellee

Respectfully submitted this **6th** day of February, 2008.

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Bryan R. Walding, Esq., Attorney for Appellant, via United States Mail, 1901 Sixth Avenue North, 2400 Amsouth / Harbert Plaza, Birmingham, Alabama 35203 postage prepaid and fully addressed this **6th** day of February, 2008.

/s/ David G. Poston
David G. Poston