**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Saylor v. Select Portfolio Servicing, Inc.

**Case Number:** 3:07-cv-00229-WKW
Referenced Pleading - Order   **- Doc. 21**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JIMMY D. SAYLOR, & | ) | |
| TAMMY M. SAYLOR, | ) | Bankruptcy Case No. 02-80576 |
| | ) | |
| Debtors, | ) | |
| _____ | ) | |
| | ) | |
| JIMMY D. SAYLOR, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-229-WKW |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) | |
| | ) | |
| Appellee. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, it is the ORDER, JUDGMENT AND DECREE of the court that the decision of the bankruptcy court is AFFIRMED.

It is further ORDERED that costs are taxed against appellant Jimmy D. Saylor, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of June, 2008.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE